IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY SOROUR,<br><br>             Plaintiff,<br><br>       v.<br><br>PNC BANK, N.A., et al.,<br><br>             Defendants. | Case No. 25-cv-00036-CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Sally Sorour brought this lawsuit in California state court against PNC Bank, N.A., Wells Fargo Bank, and Bank of America, N.A. for various counts arising out of "unauthorized transactions" on her accounts. See Compl. (dkt. 1-1) at 3–5. Defendants removed the action to federal court because Sorour alleged, among other things, that they violated the Electronic Funds Transfer Act, 15 U.S.C. § 1693f, a federal law. See Not. of Removal (dkt. 1); Compl. at 6; 28 U.S.C. § 1441(a). Defendants then moved to dismiss the action. See PNC MTD (dkt. 4); Wells Fargo MTD (dkt. 5); BoA MTD (dkt. 6).

Sorour's response to Defendants' motions to dismiss was due on January 23, 2025.[1] Yet she has failed to file any opposition. Accordingly, the Court **ORDERS SOROUR TO SHOW CAUSE BY FEBRUARY 6, 2025** why this case should not be terminated for failure to prosecute under Federal Rule of Civil Procedure 41(b). Failure to respond will result in dismissal of this action with prejudice. All hearing dates and remaining deadlines associated with Defendants' motions are vacated pending a response to this Order.

---

[1] Though this case was reassigned from the Honorable Judge Peter Kang after Defendants filed their motions to dismiss, that did not affect the parties' briefing schedule. See Order Reassigning Case (dkt. 13).

1  **IT IS SO ORDERED.**

2  Dated: January 27, 2025



3  CHARLES R. BREYER
   United States District Judge